**DENY and Opinion Filed September 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00764-CV**

**IN RE STEVEN DAVIDSON, IN HIS CAPACITY AS TRUSTEE OF THE PETER DEMOORE TRUST, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-21-02976-2**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Before the Court is relator's August 4, 2022 petition seeking a writ of mandamus compelling the probate court to vacate its July 28, 2022 Interim Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Trust Distributions to Pay Attorneys' Fees and Expenses.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re The Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also lift the stay issued by this Court's August 4, 2022 Order.


220764f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE